963 A.2d 1269

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Charles CRISDEN, Petitioner.**

**No. 165 EM 2008.**

Supreme Court of Pennsylvania.

Jan. 9, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 9th day of January, 2009, the "Application for Extension of Time within which to File Allocatur" is **DENIED.**